UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WONG-ONE, LLC; DZUBAK INVESTMENTS, LLC; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | CV 20-7291-RSWL-ASx<br><br>**JUDGMENT** |

**WHEREAS**, the Court Clerk entered default [14, 15] against Defendants Wong-One, LLC and Dzubak Investments, LLC (collectively, "Defendants") on September 15, 2020, pursuant to Federal Rule of Civil Procedure 55(a),

**WHEREAS**, this Court **GRANTED** Plaintiff Luis Villegas's ("Plaintiff") Application for Default Judgment [18],

1

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff and against Defendants, in accordance with this Court's previous Order granting Plaintiff's Application for Default Judgment as to Plaintiff's ADA claim. Attorneys' fees are awarded to Plaintiff in the amount of $1,425.00. The Court also awards costs to Plaintiff in the amount of $530.00. |

 **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff and against Defendants, in accordance with this Court's previous Order granting Plaintiff's Application for Default Judgment as to Plaintiff's ADA claim. Attorneys' fees are awarded to Plaintiff in the amount of $1,425.00. The Court also awards costs to Plaintiff in the amount of $530.00.

Furthermore, the Court **GRANTS** Plaintiff's request for entry of an injunction, and **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Defendants shall provide compliant accessible sales counters and dining surfaces at the Property, located at 130 N. Robertson Blvd., Beverly Hills, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

As no defendants remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: July 15, 2021      /s/ Ronald S.W. Lew
                                       **HONORABLE RONALD S.W. LEW**
                                       Senior U.S. District Judge